MARK D. BRUTZKUS – Bar No. 128102
NICHOLAS A. ROZANSKY - Bar No. 219855
JOSEPH G. BALICE - Bar No. 245509
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:        mbrutzkus@ebg-law.com
                   nrozansky@ebg-law.com
                   jbalice@ebg-law.com

Attorneys for Plaintiff
**JOKS PRODUCTIONS LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOKS PRODUCTIONS LLC., a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SCHWEET ENTERTAINMENT LLC, a California limited liability company, ROBERT WORSOFF, an individual, BRIAN WENDEL, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  CV 2:15-2412<br><br>**DISCLOSURE STATEMENT OF JOKS PRODUCTIONS LLC**<br><br>**[Fed. R. Civ. P. 7.1]** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that that pursuant to Fed. R. Civ. P. 7.1(a), the following disclosures are made by Plaintiff, JOKS PRODUCTIONS LLC:

1. JOKS PRODUCTIONS LLC has no parent corporation; and

2. No publicly held corporation owns 10% or more of the stock of JOKS PRODUCTIONS LLC.

Dated:  April 1, 2015                    EZRA BRUTZKUS GUBNER LLP

By: _____
   MARK D. BRUTZKUS
   NICHOLAS A. ROZANSKY
   JOSEPH G. BALICE
Attorneys for Plaintiff
**JOKS PRODUCTIONS LLC**