1  MARK D. BRUTZKUS – Bar No. 128102
   NICHOLAS A. ROZANSKY - Bar No. 219855
2  JOSEPH G. BALICE - Bar No. 245509
   EZRA BRUTZKUS GUBNER LLP
3  21650 Oxnard Street, Suite 500
   Woodland Hills, CA 91367
4  Telephone:  (818) 827-9000
   Facsimile:  (818) 827-9099
5  Email:      mbrutzkus@ebg-law.com
               nrozansky@ebg-law.com
6              jbalice@ebg-law.com

7  Attorneys for Plaintiff
   **JOKS PRODUCTIONS LLC**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOKS PRODUCTIONS LLC., a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SCHWEET ENTERTAINMENT LLC, a California limited liability company, ROBERT WORSOFF, an individual, BRIAN WENDEL, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  CV 2:15-2412<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>**[Local Rule 7.1-1]** |

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Central District Local Rule 7.1-1, the undersigned counsel of record for Plaintiff, **JOKS PRODUCTIONS LLC** hereby certifies that the following listed party may have a pecuniary interested in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | | |
|---|---|---|
| 1. | Joks Productions LLC | Plaintiff |
| 2. | Schweet Entertainment LLC | Defendant |
| 3. | Robert Worsoff | Defendant |
| 4. | Brian Wendel | Defendant |

Dated:  April 1, 2015                    EZRA BRUTZKUS GUBNER LLP

By: _____
    MARK D. BRUTZKUS
    NICHOLAS A. ROZANSKY
    JOSEPH G. BALICE
Attorneys for Plaintiff
**JOKS PRODUCTIONS LLC**