**D**AVIS **W**RIGHT **T**REMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

Bruce Isaacs (State Bar No. 100296)
  bruceisaacs@dwt.com
Diana Palacios (State Bar No. 290923)
  dianapalacios@dwt.com

Attorneys for Defendants
SCHWEET ENTERTAINMENT LLC,
ROBERT WORSOFF and BRIAN WENDEL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOKS PRODUCTIONS LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>    vs.<br><br>SCHWEET ENTERTAINMENT LLC, a California limited liability company, ROBERT WORSOFF, an individual BRIAN WENDEL, an individual and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. **CV 2:15-2412-AJW**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: April 7, 2015<br>Current response Date: May 12, 2015<br>New Response Date: May 19, 2015 |

STIPULATION TO EXTEND TIME TO RESPOND (L.R. 8-3)
DWT 26681755v2 0050033-000157

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JOKS Productions LLC ("Plaintiff") and Defendants Schweet Entertainment LLC, Robert Worsoff, and Brian Wendel (collectively "Defendants"), through their undersigned counsel, that Defendants shall have an additional seven (7) days from May 12, 2015, up to and including May 19, 2015, in which to respond to Plaintiff's initial complaint in this action pursuant to Local Rule 8-3. This stipulation, together with any prior stipulation, does not extend the time for more than a cumulative total of thirty (30) days.

IT IS SO STIPULATED.

DATED: May 6, 2015

DAVIS WRIGHT TREMAINE LLP
BRUCE ISAACS
DIANA PALACIOS


By: */s/ Bruce Isaacs*
       Bruce Isaacs

Attorneys for Defendants
SCHWEET ENTERTAINMENT LLC,
ROBERT WORSOFF and BRIAN WENDEL


DATED: May 6, 2015

EZRA BRUTZKUS GUBNER LLP
MARK D. BRUTZKUS
NICHOLAS A. ROZANSKY
JOSEPH G. BALICE


By: */s/ Nicholas A. Rozansky*

Attorneys for Plaintiff
JOKS PRODUCTIONS LLC