NICHOLAS A. ROZANSKY - Bar No. 219855
JOSEPH G. BALICE - Bar No. 245509
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
nrozansky@ebg-law.com
jbalice@ebg-law.com

Attorneys for Plaintiff
JOKS PRODUCTIONS LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOKS PRODUCTIONS LLC., a California limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>SCHWEET ENTERTAINMENT LLC, a California limited liability company, ROBERT WORSOFF, an individual, BRIAN WENDEL, an individual, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. CV15-02412 JFW (GJSx)<br><br>**PLAINTIFF'S OBJECTION TO DEFENDANTS' NOTICE OF RELATED ACTIONS**<br><br>Judge:  Honorable John F. Walter, Ctrm. 6 |

Plaintiff JOKS PRODUCTIONS LLC hereby objects to the Notice of Related Actions (Docket No. 21) ("Notice") filed by Defendants SCHWEET ENTERTAINMENT LLC, ROBERT WORSOFF AND BRIAN WENDEL on the following two grounds:

First, the Notice improperly identifies actions currently pending in the Los Angeles Superior Court. The local rules of this Court provide that:

"It shall be the responsibility of the parties to promptly file a Notice of Related Cases whenever two or more civil cases filed in this District:

(a) arise from the same or a closely related transaction, happening, or event;

(b) call for determination of the same or substantially related or similar questions of law and fact; or

(c) for other reasons would entail substantial duplication of labor if heard by different judges." L.R. 83-1.3.1 (emphasis added).  These rules do not provide a mechanism by which a party may designate cases as related which are pending in federal courts outside this District, much less those being prosecuted in the state courts of California.  On this ground alone the Notice is fatally defective.

In addition, while the cases identified in the Notice may share some limited commonality of parties and facts, the case pending before this Court presents a question of federal law, *to wit*, whether the plaintiff is entitled to a declaration that Defendants own no rights, title, or interest to or in connection with the television show "The Osbournes" (the Show"), including any and all trademarks or trade names associated therewith and any all derivative works or compilations or collective works thereof.  Plaintiff's complaint cannot be adjudicated in the state courts and, to the extent Defendants are seeking to consolidate the state actions with this federal action, the Notice is not the appropriate procedural vehicle to remove those five cases to this court.

Dated:  May 22, 2015                           EZRA BRUTZKUS GUBNER LLP


                                               By:   /s/ Nicholas A. Rozansky
                                                     NICHOLAS A. ROZANSKY
                                                     Attorneys for Plaintiff
                                                     JOKS PRODUCTIONS LLC